IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| DANNY JOE CARR, | ) ) | |
| Plaintiffs, | ) ) | CV-17-100-GF-BMM-JTJ |
| v. | ) ) ) | |
| | ) ) | **ORDER DISMISSING** |
| SHOPKO STORES OPERATING COMPANY, LLC | ) ) ) | **CLAIMS WITH PREJUDICE** |
| Defendants. | ) ) | |

Based upon stipulation of the parties, IT IS HEREBY ORDERED that the claims against Shopko Stores Operating Company LLC in the above-captioned matter are dismissed with prejudice. Each party shall bear their own respective attorney's fees and costs incurred in connection with the same.

DATED this 19th day of July, 2018.

*Brian Morris*

Brian Morris
United States District Court Judge